

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00677-CV

In the Interest of D. R. P. and H. I. P., Children

On Appeal from the
267th District Court of De Witt County, Texas
Trial Cause No. 17-08-24,255

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed and rendered in part. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED AND RENDERED IN PART. Costs of the appeal are adjudged against appellee, Texas Department of Family and Protective Services, although the agency is exempt from payment.

We further order this decision certified below for observance.

April 4, 2019